| FORM B1 | UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF NEW YORK BUFFALO DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle): **Hurd, Daniel M.** | Name of Joint Debtor (Spouse) (if individual. enter Last, First Middle): **Hurd, Joanne J.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): **dba Dynamic Web Enterprises** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): **xxx-xx-6609** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No (if more than one, state all): **xxx-xx-5971** |
| Street Address of Debtor (No. and Street, City, State and Zip Code): **159 Little Robin Road Amherst, NY 14228** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): **159 Little Robin Road Amherst, NY 14228** |
| County of Residence or of the Principal Place of Business: **Erie** | County of Residence or of the Principal Place of Business: **Erie** |
| Mailing Address of Debtor (if different from street address): **159 Little Robin Road Amherst, NY 14228** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)    ☐ Railroad | ☑ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation    ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership    ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____    ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition (page 2)
*(This page must be completed and filed in every case)*

| | |
|---|---|
| | Name of Debtor(s): **Daniel M. Hurd** |
| | **Joanne J. Hurd** |

**Prior Bankruptcy Case(s) Filed Within Last 6 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Daniel M. Hurd
   **Daniel M. Hurd**

**X** /s/ Joanne J. Hurd
   **Joanne J. Hurd**

Telephone Number (If not represented by an attorney)

**09/15/2005**
Date

### Signature of Attorney

**X** /s/ Barry H. Sternberg

**Barry H. Sternberg**      Bar No.

Barry H. Sternberg
4245 Union Road - Suite 101
Cheektowaga, NY 14225

Phone No.**(716) 626-5900**   Fax No.

09/15/2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual
**09/15/2005**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** /s/ Barry H. Sternberg     09/15/2005
   **Barry H. Sternberg**     Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

IN RE:   **Daniel M. Hurd**                                    CASE NO
         **Joanne J. Hurd**

                                                              CHAPTER    **7**

## SCHEDULE A (REAL PROPERTY)

| Description And Location Of Property | Nature Of Debtor's Interest In Property | Husband, Wife, Joint Or Community | Current Market Value Of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Real Estate<br>159 Little Robin Road<br>Amherst, NY  14228 | Fee Simple | H | $135,000.00 | $128,070.00 |
| | | | | |
| | **Total:** | | **$135,000.00** | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

IN RE:  **Daniel M. Hurd**                                     CASE NO
        **Joanne J. Hurd**
                                                               CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account at Citibank | J | $0.00 |
| | | Savings account at State Farm Bank | J | $20.00 |
| | | Savings account at American Credit Union | H | $5.00 |
| | | Savings account at Power FCU | H | $14.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Normal household items & personal possessions | J | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Statues/Lladro | W | $300.00 |
| 6. Wearing apparel. | | Wearing apparel | J | $150.00 |
| 7. Furs and jewelry. | | Wedding rings | J | $550.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | R/C Model Airplanes | H | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance | W | $22.95 |
| | | | **Total  >** | **$4,061.95** |

IN RE:   **Daniel M. Hurd**                                                           CASE NO
       **Joanne J. Hurd**

                                     CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | | IRA | H | $7.35 |
| 12. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2004 DWE A/R by overseas UK dealer - E Flight Models | H | $739.05 |
| 18. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| | | | Total  > | **$4,808.35** |

IN RE:   **Daniel M. Hurd**                                          CASE NO
         **Joanne J. Hurd**
                                                                     CHAPTER    **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Laptop, Computer, Printers, Desk | J | $750.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| | | | Total  > | **$5,558.35** |

IN RE:   **Daniel M. Hurd**                                   CASE NO
            **Joanne J. Hurd**
                                                                    CHAPTER   **7**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Market Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total  > | **$5,558.35** |

IN RE:   **Daniel M. Hurd**                                        CASE NO
         **Joanne J. Hurd**

                                                          CHAPTER   **7**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under: (Check one box)

☐  11 U.S.C. Sec. 522(b)(1): Exemptions provided in 11 U.S.C. Sec. 522(d). Note: These exemptions are available only in certain states.

☑  11 U.S.C. Sec. 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
                             domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer
                             portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety
                             or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Real Estate<br>159 Little Robin Road<br>Amherst, NY  14228 | CPLR § 5206(a) | $10,000.00 | $135,000.00 |
| Normal household items & personal possessions | CPLR § 5205(a)(1) et seq. | $2,500.00 | $2,500.00 |
| Wearing apparel | CPLR § 5205(a)(1) et seq. | $150.00 | $150.00 |
| Wedding rings | CPLR § 5205(a)(1) et seq. | $550.00 | $550.00 |
| Life Insurance | Insurance Law § 3212, CPLR § 5206(i) | $22.95 | $22.95 |
| IRA | Debtor & Creditor Law § 282 | $7.35 | $7.35 |
| | | **$13,230.30** | **$138,230.30** |

## <u>SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)</u>

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx7937**<br><br>**Countrywide Home Lending**<br>**450 American St Credit Reporting S**<br>**Simi Valley, CA 93065** | | J | DATE INCURRED: **04/26/2001**<br>NATURE OF LIEN:<br>**Veterans Administration Real Estate Mortgage**<br>COLLATERAL:<br>**Real Estate**<br>REMARKS:<br><br>COLLATERAL VALUE: **$135,000.00** | | | | $128,070.00 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_____ **No** _____ continuation sheets attached

| | | |
|---|---|---|
| Total for this Page (Subtotal) > | $128,070.00 | $0.00 |
| Running Total > | $128,070.00 | $0.00 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

IN RE:  **Daniel M. Hurd**                                    CASE NO
         **Joanne J. Hurd**

                                           CHAPTER   **7**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,925\* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec. 507(a)(3).*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,925\* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,225\* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec. 507(a)(7).*

☐ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Sec. 507(a)(8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).*

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **A T & T Long Distance** <br> **PO Box 8212** <br> **Aurora, IL  60572-8212** | | J | DATE INCURRED: **2002** <br> CONSIDERATION: **telephone bill** <br> REMARKS: | | | | $1,117.00 |
| **Representing:** <br> **A T & T Long Distance** | | | **American Recovery Services, Inc.** <br> **555 St. CharlesDrive, Suite 100** <br> **Thousand Oaks, CA  91320** | | | | **Notice Only** |
| ACCT #:  **xxxx0749** <br> **Aarow Financial Services** <br> **5996 W Touhy Ave** <br> **Niles, IL 60714** | | H | DATE INCURRED: **05/01/2004** <br> CONSIDERATION: **Collection** <br> REMARKS: **Assignee of Bank One** | | | | $1,449.00 |
| ACCT #:  **xxxxx6091** <br> **Acs/student Ln Mkt Ass** <br> **501 Bleecker St** <br> **Utica, NY 13501** | | H | DATE INCURRED: **10/24/1996** <br> CONSIDERATION: **Educational** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxxxxxxxxx7322** <br> **American Express** <br> **Po Box 297871** <br> **Fort Lauderdale, FL 33329** | | W | DATE INCURRED: **03/01/1995** <br> CONSIDERATION: **Credit Card** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxxxx0001** <br> **Americu Credit Union** <br> **1916 Black River Blvd N** <br> **Rome, NY 13440** | | H | DATE INCURRED: **12/02/1999** <br> CONSIDERATION: **Automobile** <br> REMARKS: | | | | $0.00 |
| ACCT #:  **xxxx5601** <br> **Arcadia Financial** <br> **7825 Washington Ave S** <br> **Edina, MN 55439** | | H | DATE INCURRED: **11/02/1998** <br> CONSIDERATION: **Automobile** <br> REMARKS: | | | | $0.00 |

_____**7**_____continuation sheets attached

Total for this Page (Subtotal) >  $2,566.00

Running Total >  $2,566.00

IN RE: **Daniel M. Hurd**
**Joanne J. Hurd**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 1*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxx5094<br>**Att&t Universal/ Citibank**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED: **03/14/1994**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #: xxxxxx5000<br>**Ballys**<br>**300 E Joppa Rd**<br>**Baltimore, MD 21286** | | H | DATE INCURRED: **09/12/2000**<br>CONSIDERATION:<br>**Installment Loan**<br>REMARKS: | | | | **($1.00)** |
| ACCT #: xxxxxxxxx8304<br>**Beneficial/household Finance**<br>**2700 Sanders Rd**<br>**Prospect Heights, IL 60070** | | H | DATE INCURRED: **07/17/2001**<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$9,494.00** |
| ACCT #: xxxxxxxx1543<br>**Capital One**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060** | | H | DATE INCURRED: **12/24/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,361.00** |
| **Representing:**<br>**Capital One** | | | **Associated Recovery Systems**<br>**3110 North Central Avenue - Suite 170**<br>**Phoenix, AZ 85012** | | | | **Notice Only** |
| ACCT #: xxxxxxx6151<br>**Capital One**<br>**11013 W Broad St**<br>**Glen Allen, VA 23060** | | J | DATE INCURRED: **11/01/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$786.00** |
| ACCT #: xxxxxxx7261<br>**Citibank**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED: **09/07/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,683.00** |
| | | | | Total for this Page (Subtotal) > | | | **$15,323.00** |
| | | | | Running Total > | | | **$17,889.00** |

IN RE:   **Daniel M. Hurd**
         **Joanne J. Hurd**

CASE NO _____
              (If Known)

CHAPTER   **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 2*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx1513**<br>**Citibank/Sears**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:  **12/21/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Citicards**<br>**PO Box 8104**<br>**S. Hackensack, NJ  07606** | | J | DATE INCURRED:  **2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxxxxx2063**<br>**Discover Financial**<br>**PO Box 15316**<br>**Wilmington, DE 19850** | | W | DATE INCURRED:  **09/06/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,957.00** |
| **Representing:**<br>**Discover Financial** | | | **Cohen & Slamowitz**<br>**Attorneys at Law**<br>**PO Box 9004**<br>**199 Crossways Park Drive**<br>**Woodbury, NY  11797** | | | | **Notice Only** |
| ACCT #:<br>**First Data Merchants**<br>**c/o Salvatore Spinelli, Esq.**<br>**135 Maxess Road, Suite 2B**<br>**Melville, NY  11747** | | H | DATE INCURRED:  **2002**<br>CONSIDERATION:<br>**Merchant Account**<br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxxxxxxx0004**<br>**First Premier**<br>**900 W Delaware Po Box 5114**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:  **11/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxx1019**<br>**Gemb/whitehall**<br>**Po Box 276**<br>**Dayton, OH 45401** | | H | DATE INCURRED:  **08/20/2000**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$1,683.00** |

|  |  |
|---|---|
| Total for this Page (Subtotal) > | **$5,642.00** |
| Running Total > | **$23,531.00** |

IN RE: **Daniel M. Hurd**
**Joanne J. Hurd**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 3*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx1106<br>**Gemb/whitehall**<br>**Po Box 276**<br>**Dayton, OH 45401** | | W | DATE INCURRED: **07/08/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$1,183.00** |
| **Representing:**<br>**Gemb/whitehall** | | | **Arrow Financial**<br>**5996 West Touhy Avenue**<br>**Niles, IL  60714** | | | | **Notice Only** |
| ACCT #: xxxxxxxxx8924<br>**Hfc - Usa**<br>**P.o. Box 1547**<br>**Chesapeake, VA 23320** | | W | DATE INCURRED: **06/11/2003**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$4,408.00** |
| ACCT #: xxxxxxxxxxx2140<br>**Hsbc Nv**<br>**1441 Schilling Pl**<br>**Salinas, CA 93901** | | H | DATE INCURRED: **07/26/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| **Representing:**<br>**Hsbc Nv** | | | **Virginia Credit & Finance**<br>**PO Box 13787**<br>**Roanoke, VA  24037** | | | | **Notice Only** |
| ACCT #:<br>**Key Bank/LTD Financial**<br>**POBox 8101**<br>**S. Hackensack, NJ  07606** | | J | DATE INCURRED: **2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1.00** |
| ACCT #: xxxxxxxxxx398B<br>**Leasecomm Corp**<br>**950 Winter St**<br>**Waltham, MA 02451** | | H | DATE INCURRED: **07/03/2002**<br>CONSIDERATION:<br>**Rental Agreement**<br>REMARKS: | | | | **$643.00** |

| | |
|---|---|
| Total for this Page (Subtotal) > | **$6,235.00** |
| Running Total > | **$29,766.00** |

IN RE: **Daniel M. Hurd**
**Joanne J. Hurd**

CASE NO _____
(If Known)

CHAPTER **7**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
*Continuation Sheet No. 4*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxx4287<br>**Lord & Taylor**<br>**300 Sheffield Ctr**<br>**Lorain, OH 44055** | | J | DATE INCURRED: **08/01/2001**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**McCarthy, Burgess & Wolf**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | | H | DATE INCURRED: **2002**<br>CONSIDERATION: **Merchant Account**<br>REMARKS: | | | | $1.00 |
| ACCT #: xxx1398<br>**NCO Financial Systems**<br>**PO Box 41448**<br>**Philadelphia, PA 19101** | | W | DATE INCURRED: **07/15/2005**<br>CONSIDERATION: **Factoring Company Account**<br>REMARKS: **collecting for Sprint** | | | | $392.00 |
| ACCT #: xxxxxxxxxxxx4421<br>**Nissan-infiniti Lt**<br>**2901 Kinwest Pkwy**<br>**Irving, TX 75063** | | W | DATE INCURRED: **11/01/1999**<br>CONSIDERATION: **Auto Lease**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Office Max**<br>**c/o LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | | H | DATE INCURRED: **2002**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $2,328.00 |
| ACCT #: xxxxxx6287<br>**Providian**<br>**4900 Johnson Dr**<br>**Pleasanton, CA 94588** | | H | DATE INCURRED: **04/19/2000**<br>CONSIDERATION: **Credit Card**<br>REMARKS: | | | | $2,877.00 |
| ACCT #:<br>**Quest Diagnostics**<br>**c/o Allegheny Recovery Services**<br>**PO Box 544**<br>**Carnegie, PA 15106** | | W | DATE INCURRED: **2003**<br>CONSIDERATION: **Medical Bill**<br>REMARKS: | | | | $77.00 |

Total for this Page (Subtotal) > **$5,675.00**
Running Total > **$35,441.00**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 5*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx1026<br>**Sallie Mae 3rd Pty Lsc**<br>**1002 Arthur Dr**<br>**Lynn Haven, FL 32444** | | H | DATE INCURRED: **10/24/1996**<br>CONSIDERATION: **Educational**<br>REMARKS: | | | | **$7,225.00** |
| **Representing:**<br>**Sallie Mae 3rd Pty Lsc** | | | **Sallie Mae**<br>**PO Box 9500**<br>**Wilkes Barre, PA 18773** | | | | **Notice Only** |
| ACCT #: xxxxxxxxx0004<br>**Sca/wnklmns**<br>**1000 Macarthur Bv**<br>**Mahwah, NJ 07430** | | W | DATE INCURRED: **04/1993**<br>CONSIDERATION: **Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #: 1<br>**Security Credit**<br>**1270 Niagara St**<br>**Buffalo, NY 14213** | | W | DATE INCURRED: **09/2003**<br>CONSIDERATION: **Collection**<br>REMARKS:<br>**collecting for Spectrum Radiology** | | | | **$131.00** |
| ACCT #: xxxxxxxxx1867<br>**Sherman Acquisitions**<br>**Po Box 740281**<br>**Houston, TX 77274** | | W | DATE INCURRED: **04/20/2005**<br>CONSIDERATION: **Factoring Company Account**<br>REMARKS:<br>**collecting for Citibank/Sears** | | | | **$1,028.00** |
| **Representing:**<br>**Sherman Acquisitions** | | | **Associated Recovery Systems**<br>**3110 North Central Avenue - Suite 170**<br>**Phoenix, AZ 85012** | | | | **Notice Only** |
| ACCT #: xxxxxxxxx7408<br>**Sherman Acquisitions**<br>**PO Box 740281**<br>**Houston, TX 77274** | | H | DATE INCURRED: **04/15/2004**<br>CONSIDERATION: **Factoring Company Account**<br>REMARKS:<br>**collecting for Sears** | | | | **$1,152.00** |

Total for this Page (Subtotal) >    **$9,536.00**

Running Total >    **$44,977.00**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 6*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **6919**<br>**The Bon-ton**<br>**P.o. Box 2285**<br>**York, PA 17405** | | W | DATE INCURRED:  **10/1994**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxx4113**<br>**Unifund/collection Agency**<br>**11802 Conrey Rd Ste 200**<br>**Cincinnati, OH 45249** | | H | DATE INCURRED:  **01/2005**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$3,508.00** |
| ACCT #:  **xxxxx0260**<br>**Verizon**<br>**2000 Coporate Driv 3rd Floor**<br>**Orangeburg, NY 10962** | | W | DATE INCURRED:  **09/2003**<br>CONSIDERATION:<br>**Other**<br>REMARKS: | | | | **$718.00** |
| ACCT #:  **xxxxxxxxxxxx5902**<br>**Wachovia Bank**<br>**Po Box 3117**<br>**Winston Salem, NC 27102** | | J | DATE INCURRED:  **08/31/1993**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxx0313**<br>**Wells Fargo**<br>**Po Box 5445**<br>**Portland, OR 97228** | | J | DATE INCURRED:  **03/01/1995**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,047.00** |
| ACCT #:  **xxxxxxxx0632**<br>**Wells Fargo Financial**<br>**PO Box 5943**<br>**Sioux Falls, SD 57117** | | H | DATE INCURRED:  **08/14/2001**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$728.00** |
| **Representing:**<br>**Wells Fargo Financial** | | | **Rieyinger & Associates, LLC**<br>**PO Box 956188**<br>**Duluth, GA 30026** | | | | **Notice Only** |

|  |  |
|---|---|
| Total for this Page (Subtotal) > | **$6,001.00** |
| Running Total > | **$50,978.00** |

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

*Continuation Sheet No. 7*

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx1959<br>**Wells Fargo Financial**<br>**2496 Ridge Rd W**<br>**Rochester, NY 14626** | | H | DATE INCURRED: **05/09/2001**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $593.00 |
| ACCT #: xxxxxxxxxx1854<br>**Wells Fargo Financial**<br>**2496 Ridge Rd West**<br>**Greece, NY 14626** | | H | DATE INCURRED: **12/07/2001**<br>CONSIDERATION:<br>**Note Loan**<br>REMARKS: | | | | $0.00 |
| ACCT #: xxxxxxxxxxxx7847<br>**Wfnnb/lane Bryant**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | | W | DATE INCURRED: **01/25/1994**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $469.00 |
| ACCT #: xxxxxxxxxxxx3744<br>**Wfnnb/Victoria's Secret**<br>**Po Box 182128**<br>**Columbus, OH 43218** | | W | DATE INCURRED: **09/15/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $1,255.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Total for this Page (Subtotal) > | | $2,317.00 |
| | | | | | Running Total > | | $53,295.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

IN RE:   **Daniel M. Hurd**                                    CASE NO
         **Joanne J. Hurd**

                                          CHAPTER     **7**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **GMAC**<br>PO Box 535160<br>Pittsburgh, PA  15253 | 2003 Chevrolet Trailblazer<br>Contract to be ASSUMED |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

IN RE:   **Daniel M. Hurd**
          **Joanne J. Hurd**

CASE NO

CHAPTER   **7**

## SCHEDULE H (CODEBTORS)

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

IN RE:  **Daniel M. Hurd**
       **Joanne J. Hurd**

CASE NO

CHAPTER  **7**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | | |
|---|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age | Relationship |
| **Married** | F.H. | 1 1/2 yr. | Daughter | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Programmer/Web Developer | None |
| Name of Employer | Sodexho Alliance | |
| How Long Employed | 5 1/2 years | |
| Address of Employer | 10 Earhart Drive | |
| | Williamsville, NY  14225 | |

| Income: (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $5,231.34 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| *SUBTOTAL* | $5,231.34 | $0.00 |
| LESS PAYROLL DEDUCTIONS | | |
|    A. Payroll taxes (includes social security tax if B. is zero) | $1,182.34 | $0.00 |
|    B. Social Security Tax | $400.20 | $0.00 |
|    C. Medicare | $0.00 | $0.00 |
|    D. Insurance | $372.45 | $0.00 |
|    E. Union dues | $0.00 | $0.00 |
|    F. Retirement | $0.00 | $0.00 |
|    G. Other (specify) _____ | $0.00 | $0.00 |
|    H. Other (specify) _____ | $0.00 | $0.00 |
|    I. Other (specify) _____ | $0.00 | $0.00 |
|    J. Other (specify) _____ | $0.00 | $0.00 |
|    K. Other (specify) _____ | $0.00 | $0.00 |
|    *SUBTOTAL OF PAYROLL DEDUCTIONS* | $1,954.99 | $0.00 |
| *TOTAL NET MONTHLY TAKE HOME PAY* | $3,276.35 | $0.00 |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $300.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or    that of the dependents listed above | $0.00 | $0.00 |
| Social Security or other government assistance (specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (specify below) | | |
|    1. Average Tax Refund _____ | $864.00 | $0.00 |
|    2._____ | $0.00 | $0.00 |
|    3._____ | $0.00 | $0.00 |
| *TOTAL MONTHLY INCOME* | $4,440.35 | $0.00 |

## TOTAL COMBINED MONTHLY INCOME $4,440.35

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Debtors' 2003-2004 income tax refunds were not typical due to the large net operating losses incurred in their small business.**
**Debtors estimate their future returns to be less than half of their previous years returns.**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

IN RE: **Daniel M. Hurd**

**Joanne J. Hurd**

CASE NO

CHAPTER     **7**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  If box is checked, complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | $1,592.00 |
| Are real estate taxes included?    ☑ Yes    ☐ No | |
| Is property insurance included?    ☑ Yes    ☐ No | |
| **Utilities:**  Electricity and heating fuel | $255.00 |
| Water and sewer | $20.00 |
| Telephone | $48.00 |
| Other:  Cable | $60.00 |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $750.00 |
| Clothing | $100.00 |
| Laundry and dry cleaning | $40.00 |
| Medical and dental expenses (not covered by insurance) | $50.00 |
| Transportation (not including car payments) | $250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $150.00 |
| Charitable contributions | $50.00 |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | $18.00 |
| Health | |
| Auto | $80.00 |
| Other: Disability Insurance | $45.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| **Installment payments:**  (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto:  Auto Lease | $399.00 |
| Other: | |
| Other: | |
| Other: | |
| Alimony, maintenance, and support paid to others: | |
| Payments for support of add'l dependents not living at debtor's home: | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $120.00 |
| Other:   See attached personal expenses | $180.00 |
| Other: | |
| **TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules) | **$4,257.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income

B. Total projected monthly expenses (including separate spouse budget if applicable)

C. Excess income (A minus B)

D. Total amount to be paid into plan each                                    (interval)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

IN RE:   **Daniel M. Hurd**                   CASE NO

            **Joanne J. Hurd**                 CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Business Expenses

| Expense | Category | Amount |
|---|---|---|
| Miscellaneous Office Expenses | Office Supplies | **$10.00** |
| Dues & Publications | Office Supplies | **$5.00** |
| Supplies & Materials | Office Supplies | **$10.00** |
| Shipping | Shipping | **$5.00** |
| Web Hosting & Internet | | **$90.00** |
| | **Total >** | **$120.00** |

IN RE:   **Daniel M. Hurd**                                           CASE NO
         **Joanne J. Hurd**

                                                                 CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

*Continuation Sheet No. 1*

## Itemized Personal Expenses

| Expense | Amount |
|---|---|
| Personal Care | $100.00 |
| Gifts | $50.00 |
| Day Care or Babysitter Expense | $30.00 |
| Total > | $180.00 |

IN RE:  **Daniel M. Hurd**                                      CASE NO
        **Joanne J. Hurd**

                                                                CHAPTER    **7**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $135,000.00 | | |
| B - Personal Property | Yes | 4 | $5,558.35 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $128,070.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $53,295.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,440.35 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $4,257.00 |
| Total Number of Sheets of ALL Schedules > | | 22 | | | |
| Total Assets > | | | $140,558.35 | | |
| Total Liabilities > | | | | $181,365.00 | |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

IN RE:   **Daniel M. Hurd**                                        CASE NO
         **Joanne J. Hurd**

                                                                   CHAPTER   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **09/15/2005**                          Signature  **/s/ Daniel M. Hurd**
                                                          **Daniel M. Hurd**

Date  **09/15/2005**                          Signature  **/s/ Joanne J. Hurd**
                                                          **Joanne J. Hurd**

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

IN RE:   **Daniel M. Hurd**                                          CASE NO
        **Joanne J. Hurd**

                                              CHAPTER    **7**

## STATEMENT OF FINANCIAL AFFAIRS

---

None ☐

### 1. Income from employment or operation of business

       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $41,347.00 | 2004 - Wages & Self Employment |
| $48,362.00 | 2003 - Wages & Self Employment |
| $38,600.00 | 2005 - Wages & Self Employment |

---

None ☑

### 2. Income other than from employment or operation of business

       State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

### 3. Payments to creditors

       a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

       b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

       a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Beneficial vs. Hurd | Breach of contract | | Judgment Entered 7/05 |
| Arrow Financial vs. Hurd | Breach of Contract | | Judgment entered 4/05 |
| Citibank vs. Hurd | Breach of contract | | summons served 3/05 |
| Discover vs. Hurd | Breach of Contract | | Summons Served 09/05 |

---

None ☐

       b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Beneficial | 08/05 | checking account at Citibank frozen |

IN RE: **Daniel M. Hurd**
**Joanne J. Hurd**

CASE NO

CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

#### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Americu Credit Union | 2004 | 1998 Pontiac Grand Am repossessed |

---

#### 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 7. Gifts

None
☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| The Chapel | Church | 2004-2005 | approximately $300.00 |

---

#### 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Barry H. Sternberg 4245 Union Road - Suite 101 Cheektowaga, NY  14225 | | $956.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

IN RE:   **Daniel M. Hurd**                                    CASE NO
         **Joanne J. Hurd**
                                                              CHAPTER    **7**

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None   **10. Other transfers**

☑       List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None   **11. Closed financial accounts**

☑       List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None   **12. Safe deposit boxes**

☑       List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None   **13. Setoffs**

☐       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **NYS Sales Tax offset debtors' income tax refund** | **2004** | **2004** |

---

None   **14. Property held for another person**

☑       List all property owned by another person that the debtor holds or controls.

---

None   **15. Prior address of debtor**

☑       If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None   **16. Spouses and Former Spouses**

☑       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

IN RE: **Daniel M. Hurd**
      **Joanne J. Hurd**

CASE NO

CHAPTER   **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑     a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑     b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑     c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☐     a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| d/b/a Dynamic Web Enterprises | Retail - Model R/C | 04/02 - present |

None
☑     b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Section 101.

---

IN RE:   **Daniel M. Hurd**                                                    CASE NO
         **Joanne J. Hurd**

                                                                               CHAPTER    **7**

## <u>STATEMENT OF FINANCIAL AFFAIRS</u>
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**

**Debtors**

---

None
☑

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

---

### 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None
☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

IN RE:  **Daniel M. Hurd**                                        CASE NO
          **Joanne J. Hurd**
                                                                  CHAPTER      **7**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None

☑

**23. Withdrawals from a partnership or distributions by a corporation**

   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

None

☑

**24. Tax Consolidation Group**

   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

None

☑

**25. Pension Funds**

   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

---

### *DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS*

   I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**6**_____ sheets, and that they are true and correct.

Date  **09/15/2005** _____          Signature _____**/s/ Daniel M. Hurd**_____
                                                  of Debtor      **Daniel M. Hurd**

Date  **09/15/2005** _____          Signature _____**/s/ Joanne J. Hurd**_____
                                                  of Joint Debtor  **Joanne J. Hurd**
                                                  (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
### BUFFALO DIVISION

IN RE: **Daniel M. Hurd**
       **Joanne J. Hurd**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

### *a. Property to Be Surrendered.*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| **None** | |

### *b. Property to Be Retained.*  (Check any applicable statement).

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | Lien will be avoided pursuant to Sec. 522(f) and property will be claimed as exempt | Property is claimed as exempt and will be redeemed pursuant to Sec. 722 | Debt will be reaffirmed pursuant to Sec. 524(c) | Debtor will continue making payments to creditor without reaffirming |
|---|---|---|---|---|---|
| Real Estate | Countrywide Home Lending<br>450 American St Credit Reporting S<br>Simi Valley, CA 93065<br>xxx7937 | ☐ | ☐ | ☑ | ☐ |

Date  **09/15/2005**

Signature  **/s/ Daniel M. Hurd**
                              **Daniel M. Hurd**

Date  **09/15/2005**

Signature  **/s/ Joanne J. Hurd**
                              **Joanne J. Hurd**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

IN RE:  **Daniel M. Hurd**
        **Joanne J. Hurd**

CASE NO

CHAPTER  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$956.00** |
| Prior to the filing of this statement I have received: | **$956.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/15/2005** | **/s/ Barry H. Sternberg** |
| *Date* | *Barry H. Sternberg*          Bar No. |
| | Barry H. Sternberg |
| | 4245 Union Road - Suite 101 |
| | Cheektowaga, NY 14225 |
| | Phone: (716) 626-5900 |

---

**/s/ Daniel M. Hurd**                      **/s/ Joanne J. Hurd**

**Daniel M. Hurd**                          **Joanne J. Hurd**

A T & T Long Distance
PO Box 8212
Aurora, IL  60572-8212


Aarow Financial Services
5996 W Touhy Ave
Niles, IL 60714


Acs/student Ln Mkt Ass
501 Bleecker St
Utica, NY 13501


American Express
Po Box 297871
Fort Lauderdale, FL 33329


American Recovery Services, Inc.
555 St. CharlesDrive, Suite 100
Thousand Oaks, CA  91320


Americu Credit Union
1916 Black River Blvd N
Rome, NY 13440


Arcadia Financial
7825 Washington Ave S
Edina, MN 55439


Arrow Financial
5996 West Touhy Avenue
Niles, IL  60714


Associated Recovery Systems
3110 North Central Avenue - Suite 170
Phoenix, AZ  85012

```
Att&t Universal/ Citibank
Po Box 6241
Sioux Falls, SD 57117


Ballys
300 E Joppa Rd
Baltimore, MD 21286


Beneficial/household Finance
2700 Sanders Rd
Prospect Heights, IL 60070


Capital One
11013 W Broad St
Glen Allen, VA 23060


Citibank
Po Box 6241
Sioux Falls, SD 57117


Citibank/Sears
Po Box 6189
Sioux Falls, SD 57117


Citicards
PO Box 8104
S. Hackensack, NJ  07606



Cohen & Slamowitz
Attorneys at Law
PO Box 9004
199 Crossways Park Drive
Woodbury, NY  11797

Countrywide Home Lending
450 American St Credit Reporting S
Simi Valley, CA 93065
```

Discover Financial
PO Box 15316
Wilmington, DE 19850


First Data Merchants
c/o Salvatore Spinelli, Esq.
135 Maxess Road, Suite 2B
Melville, NY  11747


First Premier
900 W Delaware Po Box 5114
Sioux Falls, SD 57117


Gemb/whitehall
Po Box 276
Dayton, OH 45401


GMAC
PO Box 535160
Pittsburgh, PA  15253


Hfc - Usa
P.o. Box 1547
Chesapeake, VA 23320


Hsbc Nv
1441 Schilling Pl
Salinas, CA 93901


Key Bank/LTD Financial
POBox 8101
S. Hackensack, NJ  07606


Leasecomm Corp
950 Winter St
Waltham, MA 02451

Lord & Taylor
300 Sheffield Ctr
Lorain, OH 44055


McCarthy, Burgess & Wolf
26000 Cannon Road
Cleveland, OH  44146


NCO Financial Systems
PO Box 41448
Philadelphia, PA 19101


Nissan-infiniti Lt
2901 Kinwest Pkwy
Irving, TX 75063


Office Max
c/o LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX   77074


Providian
4900 Johnson Dr
Pleasanton, CA 94588


Quest Diagnostics
c/o Allegheny Recovery Services
PO Box 544
Carnegie, PA   15106


Rieyinger & Associates, LLC
PO Box 956188
Duluth, GA 30026


Sallie Mae
PO Box 9500
Wilkes Barre, PA   18773

```
Sallie Mae 3rd Pty Lsc
1002 Arthur Dr
Lynn Haven, FL 32444


Sca/wnklmns
1000 Macarthur Bv
Mahwah, NJ 07430


Security Credit
1270 Niagara St
Buffalo, NY 14213


Sherman Acquisitions
Po Box 740281
Houston, TX 77274


The Bon-ton
P.o. Box 2285
York, PA 17405


Unifund/collection Agency
11802 Conrey Rd Ste 200
Cincinnati, OH 45249


Verizon
2000 Coporate Driv 3rd Floor
Orangeburg, NY 10962


Virginia Credit & Finance
PO Box 13787
Roanoke, VA  24037


Wachovia Bank
Po Box 3117
Winston Salem, NC 27102
```

```
Wells Fargo
Po Box 5445
Portland, OR 97228


Wells Fargo Financial
PO Box 5943
Sioux Falls, SD 57117


Wells Fargo Financial
2496 Ridge Rd W
Rochester, NY 14626


Wells Fargo Financial
2496 Ridge Rd West
Greece, NY 14626


Wfnnb/lane Bryant
4590 E Broad St
Columbus, OH 43213


Wfnnb/Victoria's Secret
Po Box 182128
Columbus, OH 43218
```